# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 24, 2007

Charles R. Fulbruge III
Clerk

No. 07-10267
Conference Calendar

RONNIE GLENN TRIPLETT

Petitioner-Appellant

v.

DAN JOSLIN, Warden

Respondent-Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:05-CV-1403

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Ronnie Glenn Triplett, federal prisoner # 15692-064, appeals the district court's denial of his motion filed pursuant to FED. R. CIV. P. 60(b)(4). Triplett filed the motion seeking relief from a judgment denying his 28 U.S.C. § 2241 petition for want of jurisdiction.

Triplett argues that the district court abused its discretion in denying his Rule 60(b) motion because the underlying judgment was based on an error of law and therefore void. Triplett has failed to identify a basis for relief under FED. R.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

CIV. P. 60(b)(4).  See New York Life Ins. Co. v. Brown, 84 F.3d 137, 143 (5th Cir. 1996).  The district court did not abuse its discretion by denying Triplett's motion.  See Seven Elves, Inc. v. Eskenazi, 635 F.2d 396, 402 (5th Cir. 1981).

Accordingly, the judgment of the district court is AFFIRMED.